IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HOSEA R. MOORE, #201 099, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:09cv3-TMH |
| | ) | |
| DR. WILLIAM DINNERMAN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Magistrate Judge filed a Recommendation (Doc. #3) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #3) of the Magistrate Judge is ADOPTED. The Court finds that Plaintiff is subject to the "three strikes" provision of 28 U.S.C. § 1915(g). Accordingly, Plaintiff's complaint pursuant to 42 U.S.C. § 1983 is DISMISSED without prejudice due to his failure to pay the full filing fee upon the initiation of this case. An appropriate judgment will enter.

Done this 28th day of January, 2009.

**/s/ Truman M. Hobbs**

UNITED STATES DISTRICT JUDGE